UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KAPPELMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04434-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES** |

On October 27, 2015, the Court denied Defendants' Motion for Summary Judgment. Dkt. No. 40. The parties are now scheduled for mediation on November 10, 2015. So that the parties may focus their efforts on settlement negotiations, the Court VACATES all pending pretrial and trial deadlines. The parties shall file an updated joint case management statement within two weeks of completion of the mediation process.

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge