Gregory P. Brock (State Bar No. 181903)
BROCK LAW OFFICE
2039 Shattuck Avenue, Suite 200
Berkeley, CA 94704
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorney for Plaintiff,
WAYNE KAPPELMAN

**GRANTED** *Judge Maria-Elena James*

GRANTED. The clerk shall terminate the civil action.
Dated: 11/15/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KAPPELMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEVE CASTILE, and DOES 1 to 10,<br><br>    Defendants. | Case No. 4:14-CV 04434 JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>FRCP, Rule 41(a)(1)(A)(ii) |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

The parties to the above action hereby stipulate to dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: November 14, 2016         By: _____/s/_____
                                         GREGORY P. BROCK
                                         Attorney for Plaintiff
                                         WAYNE KAPPELMAN

Dated: November 14, 2016         By: _____/s/_____
                                         LISA BERKOWITZ
                                         DENNIS J. HERRERA
                                         City Attorney
                                         Attorneys for Defendants
                                         CITY AND COUNTY OF SAN
                                         FRANCISCO, STEVE CASTILE